UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,

          -against-

JOANNE SIMMONS

                                  Defendant.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

1:12-cr-0652 (UA)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant, **JOANNE SIMMONS**. I hereby certify that I am admitted to practice in this Court.

Dated:        Brooklyn, New York
                April 3, 2014

/s Michael P. Kushner

Michael P. Kushner, Esq.

Kushner Law Group, P.L.L.C.
16 Court Street, Suite 2901
Brooklyn, New York 11241

718.504.1440 (telephone)
718.504.4630 (facsimile)
917.599.6117 (cell)
mk@kushnerlawgroup.com