6BAASIMA                        Arraignment

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
 3  UNITED STATES OF AMERICA,
 4           v.                                12 CR 652 (GWG)
 5  JOANNE SIMMONS,
 6                Defendant.
 7  ------------------------------x
 8                                          New York, N.Y.
                                            June 11, 2014
 9                                          1:00 p.m.
10
    Before:
11
                  HON. GABRIEL W. GORENSTEIN,
12
                                          Magistrate Judge
13
14                         APPEARANCES
15  PREET BHARARA
         United States Attorney for the
16       Southern District of New York
    DAMIAN WILLIAMS
17       Assistant United States Attorney
18  MICHAEL P. KUSHNER
         Attorney for Defendant Simmons
19
20
21
22
23
24
25
```

1              (Case called)
2              MR. WILLIAMS:  Good afternoon, your Honor.
3              Damian Williams, for the government.
4              MR. KUSHNER:  Michael Kushner, for the defendant,
5     Ms. Summons, who is seated next to me.
6              THE COURT:  I gather we are not here for a plea; is
7     that right?
8              MR. WILLIAMS:  It appears we are not here for a plea,
9     your Honor.
10             THE COURT:  And this is an existing docket number?
11             MR. WILLIAMS:  Correct, your Honor.
12             THE COURT:  Assigned to a district judge or no?
13             MR. WILLIAMS:  It has not been wheeled out, your
14    Honor.  Ms. Simmons has not appeared yet on this criminal
15    information.  It's a misdemeanor information.
16             THE COURT:  Does she need to be arraigned on it?
17             MR. WILLIAMS:  Yes.  And I believe to decide whether
18    she consents to continue before a magistrate judge.
19             THE COURT:  OK.  So should I be wheeling it out or
20    should I be keeping it?
21             MR. WILLIAMS:  Well, your Honor, my understanding is
22    that if she pleads not guilty then it should be wheeled out on
23    the magistrate wheel.
24             THE COURT:  I should wheel it out?
25             MR. WILLIAMS:  Correct, your Honor, assuming she

1    consents to proceed before a magistrate judge.
2             MR. KUSHNER:  She does, your Honor.
3             THE COURT:  OK.  All right.  I have before me a form,
4    Ms. Simmons.  What this form says -- by the way, state your
5    appearance.  Did you do that yet?
6             MR. KUSHNER:  Yes, judge.
7             THE COURT:  OK.  Good.  What the form says,
8    Ms. Simmons, is that you understand that you have the right to
9    have this case tried, judge, sentenced before a United States
10   district judge but you are agreeing to have it tried, judged
11   and/or sentence before a United States magistrate judge; is
12   that correct?
13            THE DEFENDANT:  Yes.
14            THE COURT:  OK.  And the maximum penalty of this
15   charge is one year; do you understand that?
16            THE DEFENDANT:  Yes.
17            THE COURT:  OK.  So I am going to wheel it out.  I am
18   accepting the consent.  And everyone agrees I should now -- has
19   there been an arraignment on the information?
20            MR. WILLIAMS:  There has not been.
21            THE COURT:  I should do that?
22            MR. WILLIAMS:  Yes, your Honor.
23            THE COURT:  I have before me an information.  The
24   information charges that the defendant made a false statement
25   to the U.S. Department of Housing and Urban Development,

1   specifically, that she falsely reported her principle residence
2   in order to obtain more than $120,000 in subsidies from that
3   agency.  It alleges it occurred before 2004 and 2012.
4              Counsel, have you seen this information?
5              MR. KUSHNER:  I have, your Honor.
6              THE COURT:  Have you reviewed it with your client?
7              MR. KUSHNER:  She has reviewed it, yes, your Honor.
8              THE COURT:  I don't know that a plea is necessary but
9   how does she wish to plead?
10             MR. KUSHNER:  Not guilty, your Honor.
11             THE COURT:  There is no waiver necessary.  OK.  I am
12  going to wheel it out then.  It's assigned to the Honorable
13  Michael Dollinger.
14             What's that docket number in this case?
15             MR. WILLIAMS:  12 CR 652, your Honor.
16             THE COURT:  12 CR?
17             MR. WILLIAMS:  652.
18             THE COURT:  All right.  Anything else from the
19  government?
20             MR. WILLIAMS:  No.  Thank you.
21             THE COURT:  There's already been bail conditions set?
22             MR. WILLIAMS:  Correct, your Honor.
23             THE COURT:  Anything else?
24             MR. KUSHNER:  No, your Honor.
25             THE COURT:  Mr --

6BAASIMA                    Arraignment

1            MR. KUSHNER:  Kushner.

2            THE COURT:  Thank you.

3                         (Adjourned)