12cR 652 (MHD)

Joanne Simmons
Michael Kushner
to:
Kevin_Snell@nysd.uscourts.gov, Damian.Williams@usdoj.gov
08/21/2014 04:27 PM
Hide Details
From: Michael Kushner <mk@kushlawgroup.com>

To: "Kevin_Snell@nysd.uscourts.gov" <Kevin_Snell@nysd.uscourts.gov>,
"Damian.Williams@usdoj.gov" <Damian.Williams@usdoj.gov>




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2014

RECEIVED
AUG 21 2014
UNITED STATES DISTRICT JUDGE

Mr Snell and Mr Williams. I am writing to apprise both of you of an unforeseen and emergent family health concern that will make it difficult to attend to Ms Simmons' appearance tomorrow. My 19 month old son has been extraordinarily ill since last Friday and he was diagnosed with pneumonia on Wednesday after an 11 hour emergency room visit at Mt Sinai. Today we had an appointment with Beth Israel in Williamsburg to determine if further hospital care will be necessary. My wife and I have been instructed to closely monitor the situation and report to the local pediatrics emergency room at the first sign of any of the designated symptoms. Unfortunately this has prevented me from attending to my office and preparing Ms Simmons. I apologize for the late notice of this email and will be able to speak on the phone if either of you would like to discuss this matter further or select an alternate date for Ms Simmons' appearance if possible.

--
Best Regards,

U.S. v Joanne Simmons
12 Cr. 652 (MHD)

Michael P. Kushner, Esq.

Kushner Law Group, P.L.L.C.
16 Court Street, Suite 2901
Brooklyn, New York 11241

tel. 718.504.1440
fax. 718.504.4630
cel. 917.599.6117

ENDORSED ORDER
_____

The hearing scheduled for August 22, 2014 is adjourned to September 2, 2014 at 10:00 a.m. Time is excluded to September 2, 2014.

8/21/14

U.S.M.J.

STATEMENT OF CONFIDENTIALITY: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may include privileged or otherwise confidential information. Any unauthorized review, forwarding, printing, copying, use, disclosure or distribution is strictly prohibited and may be unlawful. If you received this message in error, or have reason to believe you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.