UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **12 Cr. 652** |
| JOANNE SIMMONS, | ) |  |
|  | ) |  |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by: ___/s/ Christine Magdo___
  Assistant United States Attorney
  (212) 637-2297

TO: Michael Peter Kushner, Esq.
Kushner Law Group, P.L.L.C.
16 Court Street
Suite 2901
Brooklyn, NY 11241