UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA                          :        **Notice of Appearance and Request**
                                                  :        **for Electronic Notification**
            - v. -                                :
                                                  :        12 Cr. 652 (MHD)
JOANNE SIMMONS,                                   :
                                                  :
                        Defendant.                :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in the

above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be

transmitted in this case.


                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York


                              by: _____
                                    Katherine C. Reilly
                                    Assistant United States Attorney
                                    (212) 637-6521

TO:    Michael Peter Kushner, Esq. (by ECF)
       Kushner Law Group, P.L.L.C.