```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

            Prosecution,             :    ORDER

      - v. -                         :    12 CR 652 (MHD)

JOANNE SIMMONS,                      :

            Defendant.               :

------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

11/8/14

It is hereby **ORDERED** that a pretrial conference has been scheduled in the above-captioned action on **MONDAY, NOVEMBER 10, 2014, at 9:30 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312.

**Dated: New York, New York**
**November 6, 2014**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

1

Copies of the foregoing Order have been sent today by fax to:

Michael Peter Kushner, Esq.
Fax: 718.504.4630

Christine Ingrid Magdo, Esq.
Katherine Cannella Reilly, Esq.
Fax: (212) 637-2937