UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                                :

UNITED STATES OF AMERICA,        :

                                                        :      12 Cr. 652 (MHD)
                                                        :      <u>Electronically Filed</u>

       – *against* –                  :

                                                        :      NOTICE OF APPEARANCE AND

JOANNE SIMMONS,                 :      AND REQUEST FOR
                                                        :      ELECTRONIC NOTIFICATION
                    Defendant.    :

-------------------------------------------------------x

       Please take notice that Joshua Dratel, Esq., hereby appears in this action on behalf of JOANNE SIMMONS and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  December 22, 2014
           New York, New York

                                                                     Respectfully submitted,

                                                                   /s/Joshua L. Dratel
                                                                  Joshua L. Dratel
                                                                  JOSHUA L. DRATEL, PC
                                                                  29 Broadway, Suite 1412
                                                                  New York, New York 10006
                                                                 (212) 732-0707
                                                                jdratel@joshuadratel.com

                                                                *Attorney for Defendant Joanne Simmons*