UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
    UNITED STATES OF AMERICA    :    ORDER OF
                                           :    RESTITUTION
               -v.-              :    12 Cr. 652 (MHD)
    JOANNE SIMMONS,            :
             Defendant.      :
------------------------------------X

    Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Katherine Reilly and Christine Magdo, Assistant United States Attorneys, of counsel; the presentence report; JOANNE SIMMONS, the Defendant's, conviction on Count One of the above Information and all other proceedings in this case, it is hereby ORDERED that:

    JOANNE SIMMONS, the Defendant, shall pay restitution in the total amount of $123,029 to the victim of the offense charged in Count One, the New York City Housing Authority, Revenue & Receivable Division, 90 Church Street, Sixth Floor, New York, New York 10007, Attn.: Billing Section (Re: Joanne Simmons). Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated:    New York, New York
            April 30, 2015

HONORABLE MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

TOTAL P.004