Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2015
```

Caption:
United States
         v.

Joanne Simmons

Docket No.: 12 Cr. 652

Hon. Michael H. Dolinger
(District Court Judge)

Notice is hereby given that the defendant Joanne Simmons appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on April 30, 2015.
              (date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐

Date of sentence: April 30, 2015   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ✓   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel |
| Counsel's Address: | Law Offices of Joshua L. Dratel, PC |
| | 29 Broadway, Suite 1412, New York, NY 10006 |
| Counsel's Phone: | (212) 732 - 0707 |
| Assistant U.S. Attorney: | AUSAs Christine I. Magdo and Katherine Reilly |
| AUSA's Address: | United States Attorney's Office, Southern District of New York |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637 - 2297 |

_____
Signature