**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

| | |
|---|---|
| **CASE NAME:** | United States v. Joanne Simmons |
| **DOCKET NUMBER:** | 12 Cr. 652 (MHD) |
| **COUNSEL'S NAME:** | Joshua L. Dratel |
| **COUNSEL'S ADDRESS:** | Law Offices of Joshua L. Dratel, PC |
| | 29 Broadway, Ste 1412, New York, NY 10006 |
| **COUNSEL'S PHONE:** | (212) 732 - 0707 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2015
```

**QUESTIONNAIRE**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.  Reason: ☐ Daily copy available  ☐ U.S. Atty. placed order  ☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☑ Pre-trial proceedings: Guilty Plea before Hon. Michael H. Dolinger on November 10, 2014
  (Description & Dates)

☐ Trial: _____
  (Description & Dates)

☑ Sentencing: Sentencing Hearing before Hon. Michael H. Dolinger on April 30, 2015
  (Description & Dates)

☐ Post-trial proceedings: _____
  (Description & Dates)

I, Joshua L. Dratel, hereby certify that I will make satisfactory arrangements with
   (counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds  ☑ CJA Form 24

_[signature]_ Counsel's Signature         5/5/15 Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____         Estimated Number of Pages: _____

Estimated completion date: _____

_____                _____
Court Reporter's Signature                 Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.