MANDATE

S.D.N.Y.
12-cr-652
Dolinger, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of March, two thousand sixteen.

Present:
    Ralph K. Winter,
    Denny Chin,
    Susan L. Carney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 28, 2016

United States of America,

        *Appellee*,

v.         15-1362

Joanne Simmons, AKA Sealed Defendant,

        *Defendant-Appellant*.

Joshua L. Dratel, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves to dismiss the appeal based on the waiver of appellate rights contained in Appellant's plea agreement, or for summary affirmance of her conviction and sentence. Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED, the motion to dismiss is GRANTED with respect to Appellant's appeal of her term of probation and restitution, and the motion for summary affirmance is GRANTED with respect to the appeal of her conviction and special assessment.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/28/2016